UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RYAN KOLIS,** *et al.*,<br><br>                    **Plaintiffs,**<br>       v.<br><br>**MAVIS TIRE SUPPLY LLC,** *et al.*,<br><br>                    **Defendants.** | **Civil Action No: 21-cv-11215-KAR** |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Defendants Mavis Tire Supply LLC and Jim Johnson ("Defendants"), and Plaintiffs Ryan Kolis and Joshua Lamb ("Plaintiffs"), (collectively, the "Parties"), respectfully move this Court to reschedule the Initial Scheduling Conference currently set for October 4, 2021 at 2:30 p.m., for October 13 or 14th, or the next available convenient date for the Parties and Court, and state as follows:

1. Lead counsel for Defendant will be travelling out of town on October 4th and will be unable to attend the conference.

2. The Parties have conferred and counsel for Plaintiffs are amenable to rescheduling the Initial Scheduling Conference in this matter.

3. The parties have reached agreement on a proposed schedule for the case, as will be reflected in the parties' Joint Rule 16.1 statement, which will soon be filed with the Court.

4. Both Parties are available on October 13 or 14th. If these dates are not convenient for the Court, the Parties can provide additional dates.

WHEREFORE, the Parties respectfully move this Court to reschedule the Initial Scheduling Conference currently set for currently set for October 4, 2021 at 2:30 p.m., for October 13 or 14th, or the next available convenient date for the Parties and Court.

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

The undersigned hereby certifies that counsel have conferred and that they agree to the relief sought in this motion.

Respectfully submitted,

| | |
|---|---|
| RYAN KOLIS and JOSHUA LAMB,<br>Plaintiffs,<br>By their Attorney, | MAVIS TIRE SUPPLY LLC and JIM JOHNSON,<br>Defendant,<br>By their Attorneys, |
| /s/ Michael A. Rivkin<br>Michael A. Rivkin (BBO# 697737)<br>COHEN KINNE VALICENTI & COOK LLP<br>28 North Street, 3rd Floor<br>Pittsfield, MA 01201<br>Tel: 413-443-9399<br>Fax: 413-442-9399<br>mrivkin@cohenkinne.com | /s/ Douglas J. Hoffman<br>Douglas J. Hoffman (BBO# 640472)<br>Kathleen White (BBO# 705994)<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>617-367-0025<br>hoffmand@jacksonlewis.com |

Dated: September 27, 2021

## CERTIFICATE OF SERVICE

I, Douglas J. Hoffman, hereby certify that on this 27th day of September, 2021, I filed the foregoing with the Court using the CM/ECF system. This system sends notifications of such filing and service to all counsel of record.

<u>/s/ Douglas J. Hoffman</u>
Douglas J. Hoffman

4845-5637-8108, v. 1