UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**RYAN KOLIS,** *et al.***,**

             **Plaintiffs,**

    v.

**MAVIS TIRE SUPPLY LLC,** *et al.***,**

             **Defendants.**

Civil Action No: 21-cv-11215-KAR

**NOTICE OF SETTLEMENT AND REQUEST
TO CANCEL CASE MANAGEMENT CONFERENCE**

Defendants Mavis Tire Supply LLC and Jim Johnson ("Defendants"), and Plaintiffs Ryan Kolis and Joshua Lamb ("Plaintiffs"), (collectively, the "Parties"), hereby notify this Court that they have reached an agreement to settle this matter, and therefore request cancellation of the June 1, 2022 Case Management Conference ("CMC").

1. The parties held a mediation on April 22, 2022, which resulted in an agreement in principle to settle this matter.

2. The parties subsequently negotiated formal settlement agreements for the Plaintiffs, which were fully executed by the parties as of May 26, 2022.

3. Given that the matter has been resolved, the parties believe that the CMC previously scheduled for June 1, 2022 is no longer necessary and would not be a productive use of the Court's time. The Parties therefore respectfully request that the June 1, 2022 CMC be cancelled.

4. Since the Plaintiffs brought claims pursuant to the Fair Labor Standards Act, the Plaintiffs intend to file a motion seeking this Court's approval of the settlement(s) no later than June 10, 2022.

WHEREFORE, the Parties jointly request that the June 1, 2022 CMC be canceled and that the Court allow Plaintiffs until June 10, 2022 to file a motion for settlement approval.

Respectfully submitted,

| | |
|---|---|
| RYAN KOLIS and JOSHUA LAMB, Plaintiffs, By their Attorney, | MAVIS TIRE SUPPLY LLC and JIM JOHNSON, Defendant, By their Attorneys, |
| /s/ Michael A. Rivkin<br>Michael A. Rivkin (BBO# 697737)<br>COHEN KINNE VALICENTI & COOK LLP<br>28 North Street, 3rd Floor<br>Pittsfield, MA 01201<br>Tel: 413-443-9399<br>Fax: 413-442-9399<br>mrivkin@cohenkinne.com | /s/ Douglas J. Hoffman<br>Douglas J. Hoffman (BBO# 640472)<br>Kathleen White (BBO# 705994)<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>617-367-0025<br>hoffmand@jacksonlewis.com |

Dated: May 31, 2022

## CERTIFICATE OF SERVICE

      I, Douglas J. Hoffman, hereby certify that on this 31st day of May 2022, I filed the foregoing with the Court using the CM/ECF system. This system sends notifications of such filing and service to all counsel of record.

/s/ Douglas J. Hoffman
Douglas J. Hoffman

4860-1708-6755, v. 1