UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**RYAN KOLIS,** *et al.***,**

                  **Plaintiffs,**

   v.

**MAVIS TIRE SUPPLY LLC,** *et al.***,**

                  **Defendants.**

**Civil Action No: 21-cv-11215-KAR**

### STIPULATION OF DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree pursuant to Fed. R. Civ. P. Rule 41 that the action be dismissed, with prejudice, and without costs ordered to either party with each party paying their own attorneys' fees and costs.

| | |
|---|---|
| Respectfully submitted,<br>Ryan Kolis and Joshua Lamb,<br>By Their Attorney, | Respectfully submitted,<br>Mavis Tire Supply LLC and<br>Jim Johnson,<br>By their attorneys |
| */s/ Michael A. Rivkin*<br>Christopher M. Hennessey (BBO # 654680)<br>Michael A. Rivkin (BBO # 697737)<br>COHEN KINNE VALICENTI & COOK LLP<br>28 North Street, 3rd Floor<br>Pittsfield, Massachusetts 01201<br>Phone: (413) 443-9399<br>Facsimile: (413) 442-9399<br>chennessey@cohenkinne.com<br>mrivkin@cohenkinne.com | */s/ Douglas J. Hoffman*[1]<br>Douglas J. Hoffman (BBO# 640472)<br>Kathleen White (BBO# 705994)<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>Phone: 617-367-0025<br><br>hoffman@jacksonlewis.com |
| Dated: June 15, 2022 | Dated: June 15, 2022 |

---

[1] Douglas J. Hoffman provided Michael A. Rivkin with approval to sign this Stipulation of Dismissal on his behalf via email on June 15, 2022.

279831

## **CERTIFICATE OF SERVICE**

      I, Michael A. Rivkin, counsel of record for the Plaintiffs, Ryan Kolis and Joshua Lamb, in this action, do hereby certify that I have served a copy of the foregoing to all counsel of record, via ECF System, this 15 day of June 2022.

                                            */s/Michael A. Rivkin*
                                            Michael A. Rivkin